**Ed BOWMAN v. STATE.**

**No. 20907.**

Court of Criminal Appeals of Texas.

Jan. 3, 1940.

T. R. Odell, of Haskell, and M. F. Billingsley, of Munday, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile upon the public road while appellant was intoxicated, punishment being assessed at a fine of fifty dollars and five days' confinement in the county jail.

Appellant has filed his affidavit advising the court that he does not desire to further prosecute his appeal, and at his request the same is ordered dismissed.